# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 29, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1916 | CITY OF CHICAGO,<br>          Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br>          Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-02496<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama ||

A review of the short record reveals that this appeal involves more than one appellant represented by different counsel. Counsel for appellants are encouraged to file a joint brief and appendix or adopt parts of a co-appellant's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

form name: **c7_Order_BTC**     (form ID: **178**)