No. 25-1916

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CITY OF CHICAGO, | ) |
| | ) |
| Plaintiff-Appellee, | ) Appeal from the United States |
| | ) District Court, Northern District of |
| v. | ) Illinois, Eastern Division |
| | ) |
| BP P.L.C.; CHEVRON CORPORATION; | ) No. 24-cv-02496 |
| CONOCOPHILLIPS COMPANY; | ) |
| PHILLIPS 66; EXXON MOBIL | ) The Honorable, |
| CORPORATION; SHELL OIL | ) **Franklin U. Valderrama**, |
| PRODUCTS COMPANY LLC; | ) Judge Presiding. |
| AMERICAN PETROLEUM INSTITUTE; | ) |
| BP AMERICA INC.; BP PRODUCTS | ) |
| NORTH AMERICA INC.; CHEVRON | ) |
| U.S.A. INC.; CONOCOPHILLIPS; | ) |
| PHILLIPS 66 COMPANY; EXXONMOBIL | ) |
| OIL CORPORATION; SHELL PLC; and | ) |
| SHELL USA, INC., | ) |
| | ) |
| Defendants-Appellants. | ) |

## ADDITIONAL APPEARANCE

I hereby enter my additional appearance as **counsel of record** for plaintiff-appellee CITY OF CHICAGO in the above-entitled case.

                                      Respectfully submitted,

                                      MARY B. RICHARDSON-LOWRY
                                      Corporation Counsel
                                       of the City of Chicago

                      By:    <u>s/ELIZABETH MARY TISHER</u>
                                      **ELIZABETH MARY TISHER**
                                      Assistant Corporation Counsel

**SUZANNE M. LOOSE**
Chief Assistant Corporation Counsel
2 North LaSalle Street, Suite 580
Chicago, Illinois 60602
Direct: (312) 744-3173
Elizabeth.Tisher@cityofchicago.org

## CERTIFICATE OF SERVICE

      The foregoing ADDITIONAL APPEARANCE has been electronically filed on June 5, 2025. I certify that I have caused the foregoing ADDITIONAL APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on June 5, 2025.

                                            <u>s/ ELIZABETH MARY TISHER</u>
                                            **ELIZABETH MARY TISHER**