# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 5, 2025

*By the Court:*

| | |
|---|---|
| No. 25-1916 | CITY OF CHICAGO,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:24-cv-02496<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama ||

Circuit Rule 3(c)(1), referencing Circuit Rule 28(a), requires an appellant to file a docketing statement that identifies the provision of the constitution or federal statute involved if jurisdiction is based on the existence of a federal question under 28 U.S.C. § 1331.

In the present case, appellants' Circuit Rule 3(c) docketing statement asserts that the district court's jurisdiction is based on a federal question but fails to set forth the federal statute or constitutional provision involved in this case. Appellants must provide this information. *See* Cir. R. 28(a)(1). Accordingly,

**IT IS ORDERED** that appellants shall file an amended docketing statement that provides a complete statement of jurisdiction that includes the omitted information. The statement is due on or before June 12, 2025.

form name: **c7_Order_BTC**　　(form ID: **178**)