No. 25-1916

# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

---

CITY OF CHICAGO,

*Plaintiff-Appellee,*

v.

BP P.L.C., ET AL.,

*Defendants-Appellants.*

---

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
Case No. 1:24-cv-02496 – Hon. Franklin U. Valderrama

---

**AMENDED DOCKETING STATEMENT OF DEFENDANTS-APPELLANTS**

---

**SULLIVAN & CROMWELL LLP**
Richard C. Pepperman II*
125 Broad Street
New York, New York  10004
Telephone:  212.558.4000
peppermanr@sullcrom.com

Amanda Flug Davidoff
1700 New York Avenue, N.W.
Suite 700
Washington, D.C.  20006
Telephone:  202.956.7500
davidoffa@sullcrom.com

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr.*
William E. Thomson
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
tboutrous@gibsondunn.com
wthomson@gibsondunn.com

Joshua D. Dick
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 393-8200
jdick@gibsondunn.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Jonathan W. Hughes
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
jonathan.hughes@arnoldporter.com

John D. Lombardo
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
john.lombardo@arnoldporter.com

Diana E. Reiter
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
diana.reiter@arnoldporter.com

**SCHARF BANKS MARMOR LLC**
Stephanie A. Scharf
George D. Sax
30 W. Hubbard Street, Suite #450
Chicago, IL 60654
Telephone: (312) 726-6000
sscharf@scharfbanks.com
gsax@scharfbanks.com

*Attorneys for Defendants-Appellants BP p.l.c., BP America Inc. and BP Products North America Inc.*

Thomas G. Hungar
1700 M St., N.W.
Washington, D.C. 20036
Telephone: (202) 887-3784
thungar@gibsondunn.com

**RILEY SAFER HOLMES & CANCILA LLP**
Patricia Brown Holmes
Ronald S. Safer
Lauren E. Jaffe
Christopher L. Schaeffer
1 S. Dearborn St., Ste. 2200
Chicago, IL 60603
Telephone: (312) 471-8700
pholmes@rshc-law.com
rsafer@rshc-law.com
ljaffe@rshc-law.com
cschaeffer@rshc-law.com

**SUSMAN GODFREY L.L.P.**
Erica W. Harris
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
eharris@susmangodfrey.com

**STERN, KILCULLEN & RUFOLO, LLC**
Herbert J. Stern
Joel M. Silverstein
325 Columbia Turnpike, Suite 110
Florham Park, NJ 07932-0992
Telephone: (973) 535-1900
hstern@sgklaw.com
jsilverstein@sgklaw.com

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

| | |
|---|---|
| **K&L GATES LLP**<br>Nicole C. Mueller*<br>Kenn Brotman<br>70 West Madison Street<br>Suite 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1211<br>nicole.mueller@klgates.com<br>kenn.brotman@klgates.com<br><br>*Attorneys for Defendants Shell plc, Shell USA, Inc., and Shell Oil Products Company LLC*<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Kannon K. Shanmugam*<br>Email: kshanmugam@paulweiss.com<br>William T. Marks<br>Email: wmarks@paulweiss.com<br>2001 K Street, N.W.<br>Washington, DC 20006<br>(202) 223-7300<br><br>Daniel J. Toal<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>dtoal@paulweiss.com<br><br>**JOHNSON & BELL, LTD.**<br>H. Patrick Morris<br>David F. Fanning<br>Danielle Austriaco<br>33 W. Monroe St., Suite 2700<br>Chicago, IL  60603<br>Telephone: (312) 372-0770<br>morrisp@jbltd.com<br>fanningd@jbltd.com<br>austriacod@jbltd.com<br><br>*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation* | **MCGUIREWOODS LLP**<br>Brian D. Schmalzbach*<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>Telephone: (804) 775-4746<br>bschmalzbach@mcguirewoods.com<br><br>Patrick P. Clyder<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601-1818<br>Telephone: (312) 750-8668<br>pclyder@mcguirewoods.com<br><br>Jeremiah J. Anderson<br>845 Texas Avenue, 24th Floor<br>Houston, TX 77002-2906<br>Telephone: (713) 571-9191<br>jjanderson@mcguirewoods.com<br><br>*Attorneys for Defendant American Petroleum Institute*<br><br>**LATHAM & WATKINS LLP**<br>Sean M. Berkowitz*<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>sean.berkowitz@lw.com<br><br>Nicole C. Valco<br>Katherine A. Rouse<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600<br>nicole.valco@lw.com<br>katherine.rouse@lw.com<br><br>*Attorneys for Defendants Phillips 66 and Phillips 66 Company* |

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Hallie B. Levin*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
hallie.levin@wilmerhale.com

Matthew T. Martens
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
matthew.martens@wilmerhale.com

Robert Kingsley Smith
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
robert.smith@wilmerhale.com

*Attorneys for Defendants ConocoPhillips Company and ConocoPhillips*

\* Counsel of Record

Pursuant to Circuit Rule 3(c), Defendants BP p.l.c.; BP America Inc.; BP Products North America Inc.; Chevron Corporation; Chevron U.S.A. Inc.; ConocoPhillips Company; ConocoPhillips; Phillips 66 Company; Phillips 66; Exxon Mobil Corporation; ExxonMobil Oil Corporation; Shell Oil Products Company LLC; Shell plc (f/k/a Royal Dutch Shell plc); Shell USA, Inc. (f/k/a Shell Oil Company); and American Petroleum Institute, submit the following docketing statement.

1. There are no prior appellate proceedings in this case. The United States District Court for the Northern District of Illinois did not designate that any party to the proceedings meets the criteria in 28 U.S.C. § 1915(g). No party to the litigation appears in an official capacity.

2. The central issue for appeal is whether the District Court had jurisdiction over this case.

3. The District Court issued an Order on May 16, 2025 remanding the case to the Circuit Court of Cook County, Illinois. D.C. Dkt. 113. Pursuant to Federal Rules of Appellate Procedure 3 and 4, Defendants filed a timely Notice of Appeal on May 28, 2025. D.C. Dkt. 123.

4. In Defendants' view, the District Court had jurisdiction under 28 U.S.C. § 1442(a)(1).

5. The Seventh Circuit Court of Appeals has jurisdiction over the District Court's remand order under 28 U.S.C. § 1447(d).

6. Defendants paid the docketing fee for this appeal to the District Court on May 28, 2025. D.C. Dkt. 123.

7. Counsel of Record: The following attorneys will serve as counsel of record for each Defendant:

a. Theodore J. Boutrous, Jr., counsel of record for Defendants Chevron Corporation and Chevron U.S.A. Inc.

b. Richard C. Pepperman II, counsel of record for Defendants BP p.l.c., BP America Inc. and BP Products North America Inc.

c. Nicole C. Mueller, counsel of record for Defendants Shell plc, Shell USA, Inc., and Shell Oil Products Company LLC.

d. Kannon K. Shanmugam, counsel of record for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation.

e. Brian D. Schmalzbach, counsel of record for Defendant American Petroleum Institute.

f. Hallie B. Levin, counsel of record for Defendants ConocoPhillips Company and ConocoPhillips.

g. Sean M. Berkowitz, counsel of record for Defendants Phillips 66 and Phillips 66 Company.

Dated: June 12, 2025                                    Respectfully submitted,

                                                        By:   /s/ Theodore J. Boutrous, Jr.
                                                        **GIBSON, DUNN & CRUTCHER LLP**
                                                        Theodore J. Boutrous, Jr.
                                                        William E. Thomson
                                                        333 South Grand Avenue
                                                        Los Angeles, CA 90071
                                                        Telephone: (213) 229-7000
                                                        tboutrous@gibsondunn.com
                                                        wthomson@gibsondunn.com

                                                        Joshua D. Dick
                                                        One Embarcadero Center, Suite 2600
                                                        San Francisco, CA 94111
                                                        Telephone: (415) 393-8200
                                                        jdick@gibsondunn.com

                                                        Thomas G. Hungar
                                                        1700 M St., N.W.
                                                        Washington, D.C. 20036
                                                        Telephone: (202) 887-3784
                                                        thungar@gibsondunn.com

                                                        **RILEY SAFER HOLMES & CANCILA LLP**
                                                        Patricia Brown Holmes
                                                        Ronald S. Safer
                                                        Lauren E. Jaffe
                                                        Christopher L. Schaeffer
                                                        1 S. Dearborn St., Ste. 2200
                                                        Chicago, IL 60603
                                                        Telephone: (312) 471-8700
                                                        pholmes@rshc-law.com
                                                        rsafer@rshc-law.com
                                                        ljaffe@rshc-law.com
                                                        cschaeffer@rshc-law.com

                                                        **SUSMAN GODFREY L.L.P.**
                                                        Erica W. Harris
                                                        1000 Louisiana, Suite 5100
                                                        Houston, TX 77002
                                                        Telephone: (713) 651-9366
                                                        eharris@susmangodfrey.com

**STERN, KILCULLEN & RUFOLO, LLC**
Herbert J. Stern
Joel M. Silverstein
325 Columbia Turnpike, Suite 110
Florham Park, New Jersey 07932-0992
Telephone: (973) 535-1900
hstern@sgklaw.com
jsilverstein@sgklaw.com

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

By:  /s/ Richard C. Pepperman II
**SULLIVAN & CROMWELL LLP**
Richard C. Pepperman II*
125 Broad Street
New York, New York  10004
Telephone:  212.558.4000
peppermanr@sullcrom.com

Amanda Flug Davidoff
1700 New York Avenue, N.W.
Suite 700
Washington, D.C.  20006
Telephone:  202.956.7500
davidoffa@sullcrom.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Jonathan W. Hughes
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
jonathan.hughes@arnoldporter.com

John D. Lombardo
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
john.lombardo@arnoldporter.com

Diana E. Reiter
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
diana.reiter@arnoldporter.com

**SCHARF BANKS MARMOR LLC**
Stephanie A. Scharf
George D. Sax
30 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone: (312) 662-6999
sscharf@scharfbanks.com
gsax@scharfbanks.com

*Attorneys for Defendants BP p.l.c., BP America Inc. and BP Products North America Inc.*


By:  */s/ Nicole C. Mueller*
**K&L GATES LLP**
Nicole C. Mueller*
Kenn Brotman
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1211
nicole.mueller@klgates.com
kenn.brotman@klgates.com

*Attorneys for Defendants Shell plc, Shell USA, Inc., and Shell Oil Products Company LLC*

By:  */s/ Kannon K. Shanmugam*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kannon K. Shanmugam*
William T. Marks
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 223-7300
Email: kshanmugam@paulweiss.com
Email: wmarks@paulweiss.com

Daniel J. Toal
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
dtoal@paulweiss.com

**JOHNSON & BELL, LTD.**
H. Patrick Morris
David F. Fanning
Danielle Austriaco
33 W. Monroe St., Suite 2700
Chicago, IL  60603
Telephone: (312) 372-0770
morrisp@jbltd.com
fanningd@jbltd.com
austriacod@jbltd.com

*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation*

By:   */s/ Brian D. Schmalzbach*
**MCGUIREWOODS LLP**
Brian D. Schmalzbach*
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-4746
bschmalzbach@mcguirewoods.com

Patrick P. Clyder
77 West Wacker Drive
 Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-8668
pclyder@mcguirewoods.com

Jeremiah J. Anderson
845 Texas Avenue, 24th Floor
Houston, TX 77002-2906
Telephone: (713) 571-9191
jjanderson@mcguirewoods.com

*Attorneys for Defendant American Petroleum Institute*

By:  */s/ Hallie B. Levin*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Hallie B. Levin *
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
hallie.levin@wilmerhale.com

Matthew T. Martens
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
matthew.martens@wilmerhale.com

Robert Kingsley Smith
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
robert.smith@wilmerhale.com

*Attorneys for Defendants ConocoPhillips Company and ConocoPhillips*

By:  */s/ Sean M. Berkowitz*
**LATHAM & WATKINS LLP**
Sean M. Berkowitz*
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
sean.berkowitz@lw.com

Nicole C. Valco
Katherine A. Rouse
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
nicole.valco@lw.com
katherine.rouse@lw.com

*Attorneys for Defendants Phillips 66 and Phillips 66 Company*