# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 1, 2025

*Before*

DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 25-1916 | CITY OF CHICAGO,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-02496<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

The following are before the court:

1. **APPELLANTS' MOTION TO STAY EXECUTION OF REMAND ORDER PENDING APPEAL**, filed on July 3, 2025, by counsel for the appellants.

2. **APPELLEE'S RESPONSE TO APPELLANTS' MOTION TO STAY EXECUTION OF REMAND ORDER PENDING APPEAL**, filed on July 14, 2025, by counsel for the appellee.

3. **REPLY IN SUPPORT OF APPELLANTS' MOTION TO STAY EXECUTION OF REMAND ORDER PENDING APPEAL**, filed on July 21, 2025, by counsel for the appellants.

**IT IS ORDERED** that the motion to stay execution of the remand order pending appeal is **DENIED**.