# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 15, 2026

Before

DAVID F. HAMILTON, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*
REBECCA TAIBLESON, *Circuit Judge*

| No. 25-1916 | CITY OF CHICAGO,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br>　　　　Defendants - Appellants |
|---|---|

**Originating Case Information:**

District Court No: 1:24-cv-02496
Northern District of Illinois, Eastern Division
District Judge Franklin U. Valderrama

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**　(form ID: **132**)