# In the United States Court of Appeals for the Seventh Circuit

_____

No. 25-1916

CITY OF CHICAGO, PLAINTIFF-APPELLEE,

_v._

BP P.L.C., ET AL., DEFENDANTS-APPELLANTS

_____

**NOTICE OF WITHDRAWAL**

_____

Please take notice that Theodore V. Wells Jr., Daniel J. Toal, and William T. Marks of Paul, Weiss, Rifkind, Wharton & Garrison LLP are withdrawing as counsel for defendant-appellant Exxon Mobil Corporation in this matter. All other counsel of record who have entered appearances for ExxonMobil Corporation in this matter will remain as counsel of record for Exxon Mobil Corporation. Mr. Wells, Mr. Toal, and Mr. Marks request that their appearances be withdrawn and that they be removed from the Court's service list and ECF notifications for this matter.

Respectfully submitted,

/s/ William T. Marks

WILLIAM T. MARKS
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7314*
  *wmarks@paulweiss.com*

THEODORE V. WELLS JR.
DANIEL J. TOAL
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

JULY 17, 2026