# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 20, 2026

*By the Court:*

| | |
|---|---|
| No. 25-1916 | CITY OF CHICAGO,<br>                Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br>                Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-02496 |
| Northern District of Illinois, Eastern Division |
| District Judge Franklin U. Valderrama |

Upon consideration of the **NOTICE OF WITHDRAWAL**, filed on July 17, 2026, by attorneys Theodore V. Wells Jr., Daniel J. Toal, and William T. Marks,

**IT IS ORDERED** that the motion is **GRANTED**. Attorneys Theodore V. Wells, Jr., Daniel J. Toal, and William T. Marks may withdraw from further representation of appellants Exxon Mobil Corporation and ExxonMobil Oil Corporation. Attorney Kannon K. Shanmugam will continue to serve as counsel of record for appellant Exxon Mobil Corporation and ExxonMobil Oil Corporation.

form name: **c7_Order_BTC**    (form ID: **178**)