No. 25-1916

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CITY OF CHICAGO, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiff-Appellee, | ) | District of Illinois |
| | ) | |
| v. | ) | |
| | ) | No. 1:24-cv-02496 |
| BP P.L.C., *et al.*, | ) | |
| | ) | The Honorable |
| Defendants-Appellants. | ) | FRANKLIN U. VALDERRAMA, |
| | ) | Judge Presiding. |

**BILL OF COSTS**

Counsel for Plaintiff-Appellee City of Chicago respectfully submits its Bill of Costs pursuant to Federal Rule of Appellate Procedure 39, and requests the Clerk to prepare an itemized statement of costs taxed against Defendants-Appellants and in favor of Plaintiff-Appellee.

| Type of Document: | No. of Copies: | Cost: |
|---|---|---|
| Cost of copying Plaintiff-Appellee Brief | 10 copies, 77 pages, $.10 per page | $77.00 |
| Cost of binding Plaintiff-Appellee Brief | 10 copies, $2.00 each | $20.00 |

The total cost to Plaintiff-Appellee of copying and binding its brief is $97. The brief was copied and bound in the office of the Corporation Counsel.

1

WHEREFORE, Plaintiff-Appellee respectfully requests that its costs in the amount of $97 be allowed.

Respectfully submitted,

Mary B. Richardson-Lowry
**Corporation Counsel of the City of Chicago**

By: */s/ Victor M. Sher*

Victor M. Sher
**SHER EDLING LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
vic@sheredling.com

*Attorney for Plaintiff-Appellee City of Chicago*

2

**DECLARATION**

I, Victor M. Sher,  state that I am one of the attorneys for the Plaintiff-Appellee in this case, that I prepared the foregoing Bill of Costs, and that the costs listed therein were incurred.  I further state that the rates for costs of binding and copying used in this Bill of Costs are the rates that the Office of the Clerk of the United States Court of Appeals for the Seventh Circuit has stated are standard rates.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2026                    */s/ Victor M. Sher*

Victor M. Sher
**SHER EDLING LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
vic@sheredling.com

*Attorney for Plaintiff-Appellee City of Chicago*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing Bill of Costs with the Clerk of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are registered CM/ECF users and will be served by the CM/ECF system:

Richard C. Pepperman II
peppermanr@sullcrom.com

George D. Sax
gsax@scharfbanks.com

Stephanie A. Scharf
sscharf@scharfbanks.com

Amanda F. Davidoff
davidoffa@sullcrom.com

Jonathan W. Hughes
jonathan.hughes@arnoldporter.com

John D. Lombardo
john.lombardo@arnoldporter.com

Diana Reiter
diana.reiter@arnoldporter.com

Theodore J. Boutrous, Jr.
tboutrous@gibsondunn.com

Christopher L. Schaeffer
cschaeffer@rsch-law.com

William E. Thomson
wthomson@gibsondunn.com

Joshua D. Dick
jdick@gibsondunn.com

Erica W. Harris
eharris@susmangodfrey.com

Patricia Brown Holmes
pholmes@rshc-law.com

Thomas G. Hungar
thungar@gibsondunn.com

Lauren E. Jaffe
LJaffe@rshc-law.com

Ronald S. Safer
rsafer@rshc-law.com

Lochlan F. Shelfer
Lshelfer@gibsondunn.com

Joel M. Silverstein
jsilverstein@sgklaw.com

Herbert J. Stern
hstern@sgklaw.com

Hallie B. Levin
hallie.levin@wilmerhale.com

Matthew T. Martens
matthew.martens@wilmerhale.com

Suyash Agrawal
sagrawal@masseygail.com

Constance Grieves
cgrieves@masseygail.com

Robert Kingsley Smith
robert.smith@wilmerhale.com

Sean M. Berkowitz
Sean.Berkowitz@lw.com

Nicole C. Valco
nicole.valco@lw.com

Kannon K. Shanmugam
kshanmugam@paulweiss.com

Kenn Brotman
kenn.brotman@klgates.com

Jeremiah J. Anderson
jjanderson@mcguirewoods.com

Katherine A. Rouse
katherine.rouse@lw.com

H. Patrick Morris
morrisp@jbltd.com

David F. Fanning
fanningd@jbltd.com

Nicole C. Mueller
nicole.mueller@klgates.com

Brian D. Schmalzbach
bschmalzbach@mcguirewoods.com

Patrick P. Clyder
pclyder@mcguirewoods.com

*/s/ Victor M. Sher*

Victor M. Sher
**SHER EDLING LLP**
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
vic@sheredling.com